IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TERESA ANN QUARLES                                                                      PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 3:09CV61-P-A

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                          DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this case, the court finds that the report and recommendation of the United States Magistrate Judge dated April 15, 2010, was served by electronic mail through the court's CM/ECF system upon counsel for the plaintiff and upon the attorney of record for the defendants; that more than fourteen days have elapsed since service of the report and recommendation; and that no objections have been filed by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. that the report and recommendations of the United States Magistrate Judge dated April 15, 2009, is approved and adopted as the opinion of the court, and

2. that the decision of the Commissioner is **AFFIRMED.**

THIS, the 6th day of May, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE